IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:13-CV-4861-K |
| ARCTURUS CORPORATION, ASCHERE ENERGY, LLC, LEON ALI PARVIZIAN, ALFREDO ALFREDO GONZALEZ, AMG ENERGY, LLC, ROBERT J. BALUNAS, and R. THOMAS & CO., LLC, | § § § § § § § § | |
| Defendants. | § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Plaintiff Securities and Exchange Commission's ("SEC") Motion for Remedies and Motion for Entry of Final Judgment (Doc. No. 79). The Court concludes a hearing would be helpful in determining the appropriateness of remedies sought by the SEC. The Court will unquestionably consider all evidence submitted in support of the motion, the responses, and the reply, but the Court would like to hear arguments from the parties as to the SEC's calculations related to disgorgement, penalties and interest are incorrect.

A hearing on the SEC's Motion for Remedies and Motion for Entry of Final Judgment is set for **Tuesday, August 23, 2016 at 10:00 a.m.** For this hearing, the

Court allots 30 minutes to the SEC for its argument and 10 minutes to each of the following Defendant groups for their arguments: (1) Arcturus Corporation, Aschere Energy, LLC, and Leon Ali Parvizian (collectively "the Parvizian Defendants"); (2) Alfredo Gonzalez and AMG Energy, LLC (collectively "the Gonzalez Defendants"); and (3) Robert J. Balunas and R. Thomas & Co., LLC (collectively "the Balunas Defendants").  The Court **orders** the attorneys and their clients to be present for this hearing.

**SO ORDERED.**

Signed July 19th, 2016.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE